NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PROGRESSIVE SELECT INSURANCE
COMPANY,

        Petitioner,

v.

    Case No. 2D17-3657

LLOYD'S OF SHELTON AUTO GLASS,
LLC, a/a/o JEDIDIAH THOMAS,

        Respondent.

_____

Opinion filed October 31, 2018.

Petition for Writ of Certiorari to the Circuit
Court for the Thirteenth Judicial Circuit for
Hillsborough County; sitting in its appellate
capacity.

Alexandra Valdes of Cole, Scott & Kissane,
P.A., Miami, for Petitioner.

Kristin A. Norse and Stuart C. Markman of
Kynes, Markman & Felman, P.A., Tampa;
David M. Caldevilla of de la Parte & Gilbert,
P.A., Tampa; and John C. Murrow of Law
Office of John C. Murrow, P.A., Tampa, for
Respondent.


MORRIS, Judge.

The petitioner, Progressive Select Insurance Company, seeks a second-tier writ of certiorari to quash the circuit court's order that denied Progressive's petition for writ of certiorari below.  While involving different parties, the facts and procedural history of this case are nearly identical to the facts and procedural history of another second-tier certiorari proceeding that is traveling with this case, Progressive American Insurance Co. v. SHL Enterprises, LLC, a/a/o Shazam Auto Glass, LLC, 2D17-4074.  We quashed the order in SHL Enterprises, LLC, a/a/o Shazam Auto Glass, LLC, wherein the circuit court had adopted the reasoning of the circuit court's order that was entered in this case.  Thus, for the reasons we explained in SHL Enterprises, LLC, a/a/o Shazam Auto Glass, LLC, we quash the circuit court's order here.

Petition granted; order quashed.

SILBERMAN and VILLANTI, JJ., Concur.